**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- x
UNITED STATES OF AMERICA,

        -against-                              MEMORANDUM DECISION
                                                        AND ORDER
GEORGE CEKAJ,
                                                        12 Crim. 600-10 (GBD)
        Defendant.
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Defendant George Cekaj, *pro se*, moves for compassionate release and reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A), in light of his age, medical conditions, the COVID-19 pandemic, his conditions of confinement, the remaining time on his sentence, and changed family circumstances. (*See* 12/20/2021 Letter Mot. for Compassionate Release ("Second Mot."), ECF No. 310; 07/21/2022 Suppl. Auth. ("Suppl. Auth."), ECF No. 311.) Defendant is currently serving a sentence of 151-months' imprisonment for conspiracy to distribute narcotics. (J., ECF No. 145.) Defendant's projected release date is November 10, 2023, and his home detention eligibility date is May 10, 2023. (*See* Second Mot. at 22.)

Defendant filed his first motion for compassionate release and reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A) on October 12, 2020, citing his age, medical conditions, conditions of confinement, and the COVID-19 pandemic. (*See* 10/12/2020 Letter Mot. for Compassionate Release ("First Mot."), ECF No. 294.) The Government opposed Defendant's motion. (02/15/2021 Letter, ECF No. 300.) This Court denied Defendant's motion on April 12, 2021. (Mem. Decision and Order, ECF No. 304.)

Defendant's medical conditions have not substantially changed since his first motion. (*Compare* First Mot. at 6 (diabetes, high cholesterol, neurological disorder, vitamin D deficiency, chronic depression, former smoker status, and chronic pancreatitis), *and* Def.'s Reply in Supp. of

First Mot., ECF No. 301, at 4 (obesity), *with* Second Mot. at 4 (diabetes, high cholesterol, neurological disorder, vitamin D deficiency, chronic depression, former smoker status, and chronic pancreatitis).) Since Defendant's first motion for compassionate release, Defendant's eldest son passed away unexpectedly on June 2, 2021, leaving Defendant's wife without financial and medical support for her osteoporosis. (*See* Second Mot. at 5–6.) Moreover, Defendant states that he was diagnosed with COVID-19 after vaccination and categorizes himself as "having long [COVID-19] virus infections," although he does not provide any evidence of the severity of his condition. (*See* Suppl. Auth. at 3.)

After assessing the factors set forth in Section 3553(a), this Court does not find that Defendant's changed conditions since his first motion now constitute "extraordinary and compelling reasons warrant[ing] such a reduction." 18 U.S.C. § 3582(c)(1)(A)(i); *see also United States v. Smith*, 614 F. Supp. 3d 538 (E.D. Mich. Feb. 8, 2022) (inmate's COVID-19 contraction, recovery, and continued susceptibility were insufficient to constitute extraordinary and compelling reasons to reduce sentence). Therefore, for substantively the same reasons this Court denied Defendant's first motion for compassionate release, (*see* Mem. Decision and Order at 2–3), Defendant's repetitive and second motion for compassionate release, (ECF No. 310), is DENIED.

The Clerk of Court is directed to close the open motions (ECF Nos. 310 and 311), mail a copy of this decision to Defendant, and note the mailing on the docket.

Dated: June 26, 2023
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge