**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

Via Email & ECF

October 29, 2024

The Honorable George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. George Cekaj
12CR600-10(GBD)-VOSR

> SO ORDERED
>
> The conference scheduled for November 13, 2024 is adjourned to November 19, 2024 at 11:00 a.m.
>
> /s/ George B. Daniels
> GEORGE B. DANIELS
> UNITED STATES DISTRICT JUDGE
>
> OCT 31 2024

Dear Judge Daniels:

      I am appointed under the Criminal Justice Act to represent Mr. Cekaj with respect to Probation's Violation of Supervised Petition filed with Your Honor alleging that Mr. Cekaj violated the terms of supervised release by using marijuana. A conference on this matter is scheduled for November 13, 2024. I have a conflict with that date and with the consent of the AUSA Connie Dung and United States Probation Officer Kyro King, I respectfully request the November 13th conference be rescheduled for Tuesday, November 19th at 11:00 am.

Respectfully submitted,
/s/
Donna R. Newman
Cc: AUSA Connie Dung
    USPO Kyro King
    George Cekaj