UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

UNITED STATES OF AMERICA,

    -against-                                  ORDER

GEORGE CEKAJ,                         12 Cr. 600 (GBD)

    Defendant.

------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

The April 10th, 2025 conference is adjourned until April 17th, 2025 at 10:00 a.m.

Dated: **APR 0 7 2025**

New York, New York

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge